[No. 12336-7-III. Division Three. November 23, 1993.]

*In the Matter of the Marriage of* JANICE E. DOUGLAS, *Respondent, and* RONALD G. DOUGLAS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-3-00148-5, Donald W. Schacht, J., entered March 5, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 30274-4-I. Division One. November 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY DUANE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00281-3, Paul D. Hansen, J., entered February 25, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 28922-5-I. Division One. November 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN R. BRONS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-07726-4, Liem E. Tuai, J., entered August 5, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Kennedy, J.